# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLES ANTHONY RAMEY,<br>　　Plaintiff,<br><br>　　v.<br><br>MARTIN J. O'MALLEY[1]<br>Commissioner of Social Security,<br>　　Defendant. | ) ) ) ) ) ) ) ) ) ) ) | No: 2:23-cv-09593-KS<br><br>[PROPOSED] ORDER AWARDING EAJA FEES |

 Based upon the parties' Stipulation for an Award of EAJA Fees ("Stipulation"), IT IS ORDERED that EAJA attorney fees are awarded in the amount of FOUR THOUSAND TWO HUNDRED DOLLARS AND 0/100 ($4,200.00) with zero costs ($0.00), subject to the terms of the stipulation.

DATE: June 24, 2024

*/s/ Karen L. Stevenson*
HON. KAREN L. STEVENSON
CHIEF U.S. MAGISTRATE JUDGE

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley should be substituted as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).